**Johnny L. BOWMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58660.**

Missouri Court of Appeals,
Western District.

March 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2001.

Application for Transfer Denied
June 26, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ.

**ORDER**

PER CURIAM.

Johnny L. Bowman pleaded guilty to one count of voluntary manslaughter, § 565.023 RSMo 1994, and one count of

armed criminal action, § 571.015 RSMo 1994. He then filed for post-conviction relief under Rule 24.035, alleging his plea was involuntary due to ineffective assistance of counsel. He now appeals from the lower court's judgment, which denied his Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).